ACCEPTED
03-14-00671-CV
4219303
THIRD COURT OF APPEALS
AUSTIN, TEXAS
2/19/2015 4:30:21 PM
JEFFREY D. KYLE
CLERK

# NO. 03-14-00671-CV

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
2/19/2015 4:30:21 PM
JEFFREY D. KYLE
Clerk

IN THE THIRD COURT OF APPEALS
AUSTIN, TEXAS

**STEPHEN M. DANIELS,**
**Appellant,**

**v.**

**TONY R. BERTOLINO,**
**Appellee.**

On Appeal from the 250th Judicial District Court of Travis County, Texas
Trial Court Cause No. D-1-GN-14-002146

**FIRST UNOPPOSED MOTION FOR**
**EXTENSION OF TIME TO FILE APPELLANT'S BRIEF**

Eleanor Ruffner
State Bar No. 24047034
THE LAW OFFICE OF ELEANOR RUFFNER, P.C.
1403 West Sixth Street
Austin, Texas  78703
(512) 913-7576 (telephone)
(512) 681-0800 (facsimile)
eruffnerlaw@gmail.com

COUNSEL FOR APPELLANT

TO THE HONORABLE THIRD COURT OF APPEALS IN AUSTIN, TEXAS:

Appellant Stephen M. Daniels ("Appellant") files this First Unopposed Motion for Extension of Time to File Petition for Review under TEX. R. APP. P. 10.1, 10.5(b), and 38.6(d), and in support thereof would respectfully show the following:

1.     Appellant's Brief is currently due on Monday, February 23, 2015. Appellant requests an extension of time of ten days, to March 5, 2015. This is Appellant's first request for an extension of time in this case.

2.     The modest extension will permit counsel to fully analyze the record and relevant law and thus prepare thorough briefing to aid the Court in its consideration of this appeal. The Supplemental Clerk's Record became available on February 18, 2015, only five days before the current deadline for Appellant's Brief. Appellant needs the additional time to incorporate the additional documents and information, to conduct additional legal research as appropriate, and to include such additional factual and legal support in the briefing to present to this Court.

3.     Additionally, undersigned counsel is new to this matter. Appellant had been handling this matter *pro se* through the underlying trial court proceedings. The current counsel, Eleanor Ruffner, recently assumed representation of Appellant. Ms. Ruffner had no familiarity with the trial court proceedings prior to her assumption of representation in early February.

4.     In addition to preparing the briefs in this case, counsel for Appellant, who is the sole attorney in her law practice, must also devote time to discovery responses in three different matters due February 19, 2015, March 4, 3015, and March 6, 2015; preparation and filing of a motion for summary judgment; mediation of a pending litigation; and her responsibilities as an adjunct at the University of Texas School of Law, in addition to the other legal and administrative responsibilities of managing a law practice.

5.     The undersigned has conferred with opposing counsel, who indicated that he was not opposed to this request.  This extension is not sought for delay, and no party will be prejudiced if it is granted.

For the foregoing reasons, Appellant respectfully requests that the Court grant this ten-day extension to file his brief, creating a new deadline of March 5, 2015.

Respectfully submitted,

THE LAW FIRM OF ELEANOR RUFFNER, P.C.
1403 West Sixth Street
Austin, Texas  78703
Telephone:  (512) 913-7576
Facsimile:  (512) 681-0800

By:   /s/ Eleanor Ruffner
        Eleanor Ruffner
        State Bar No. 24047034
        eruffnerlaw@gmail.com

## CERTIFICATE OF CONFERENCE

As required by TEX. R. APP. P. 10.1(a)(5), I certify that via email on Wednesday, February 18, 2015 and Thursday, February 19, 2015, I conferred with Tony R. Bertolino and Hiba Kazim, who indicated that this motion is unopposed.

/s/ Eleanor Ruffner
Eleanor Ruffner

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was served in accordance with the Texas Rules of Appellate Procedure on Thursday, February 19, 2015 as follows:

Tony R. Bertolino
Hiba Kazim
BERTOLINO LLP
823 Congress Avenue, Suite 704
Austin, Texas 78701
Via Email: tbertolino@belolaw.com and hkazim@belolaw.com

*Attorneys for Appellee Tony R. Bertolino*

/s/ Eleanor Ruffner
Eleanor Ruffner